**DISMISS and Opinion Filed January 25, 2022**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00966-CV

## IN THE INTEREST OF A.I.B. AND B.P.B., CHILDREN

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-53604-2017**

## MEMORANDUM OPINION
Before Justices Myers, Molberg, and Garcia
Opinion by Justice Molberg

Before the Court is the parties' joint motion to reverse and remand to the trial court. Agreeing that the trial court erred in dismissing the case, they ask that we "vacate the Order of Dismissal dated October 22, 2021, reverse the trial court's judgment of dismissal, and remand the case to the trial court for further proceedings as if the Order of Dismissal had not been entered."

We grant the motion to the extent that we vacate the trial court's October 22, 2021 "Order of Dismissal" without regard to the merits and remand this case to the trial court for further proceedings. *See* TEX. R. APP. P. 42.1(a)(2)(B).

/Ken Molberg//
_____
KEN MOLBERG
JUSTICE

210966f.p05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF A.I.B. AND B.P.B., CHILDREN

No. 05-21-00966-CV

On Appeal from the 219th Judicial District Court, Collin County, Texas Trial Court Cause No. 219-53604-2017.
Opinion delivered by Justice Molberg. Justices Myers and Garcia participating.

In accordance with this Court's opinion of this date, we **VACATE** the trial court's October 22, 2021 Order of Dismissal without regard to the merits and **REMAND** this case to the trial court for further proceedings.

Subject to any agreement between the parties, we **ORDER** that appellee Lynn Bishoff recover her costs of this appeal from appellant Michael Bishoff.

Judgment entered this 25th day of January, 2022.